# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH LAUFER<br>2047 Essex Dr<br>Holiday, FL 34691,<br><br>Plaintiff,<br><br>v.<br><br>HARVEST ADVERTISING AGENCY, INC.,<br>2116 Kalorama Rd NW<br>Washington, DC 20008,<br><br>Defendant | Case No. 1:20-cv-01531 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant KETAN INC hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on August 31, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie*<br>Tristan W. Gillespie<br><br>Thomas B. Bacon, P.A.<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br><br>ATTORNEYS FOR PLAINTIFF | */s/ Geoffrey T. Hervey*<br>Geoffrey T. Hervey<br><br>Bregman, Berbert, Schwartz & Gilday<br>7315 Wisconsin Avenue<br>Bethesda, Maryland 20814<br><br>ATTORNEYS FOR DEFENDANT |